UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-363-TLN-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| MARTIN WAYNE FLANDERS, | |
| Movant. | |

Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  However, the court cannot determine whether movant may be entitled to the requested relief because he has not signed the motion.  *See* ECF No. 114.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  Because movant did not sign the motion, it will be disregarded.  The Clerk is directed to terminate ECF No. 114.

So ordered.

Dated:  August 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE