UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-363-TLN-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| MARTIN WAYNE FLANDERS, | |
| Movant. | |

Movant, who proceeds without counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The motion, however, was not signed, and on August 16, 2016, the court issued an order stating that the motion would be disregarded. ECF No. 118. In a motion for reconsideration (ECF No. 120), movant explains that the signature page to his § 2255 motion was inadvertently attached to his application for leave to proceed in forma pauperis (ECF No. 115 at 3), which was filed separately from the § 2255 motion (ECF No. 114). Under these circumstances, the court finds that there is good cause for granting movant's motion for reconsideration. Upon reconsideration, the court's August 16, 2016 order is vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for reconsideration (ECF No. 120) is granted and the Clerk of the Court shall remove the notice to "disregard" ECF No. 114.

2. It is not clear at this stage that movant is not entitled to relief on his § 2255 motion.

/////

1

Therefore, respondent is directed to file a response within sixty days from the date this order is issued. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. Respondent shall include with any answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

    3. Movant's reply, if any, is due on or before thirty days from the date respondent files a response. *Id.*

Dated: January 31, 2017.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE