PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00363 TLN EFB |
|---|---|
| Plaintiff-Respondent, | UNITED STATES'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255; [PROPOSED] ORDER |
| v. | |
| MARTIN WAYNE FLANDERS, | |
| Defendant-Movant. | |

Defendant-movant Martin Wayne Flanders has filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  On January 31, 2017, this Court ordered the United States to file a response within sixty-days of the order, which will occur on April 1, 2017.  Despite the exercise of due diligence, the United States cannot file a response within that time period and requests an additional forty-five days to file its response.

In particular, the undersigned counsel for the United States has reviewed the motion and the docket, and has determined that it is necessary to obtain transcripts of three of the proceedings that are the subject of or related to Flanders's motion.[1]  Counsel, through his assistant, has contacted or attempted to contact the court reporters for the three hearings, and has been able to order one transcript

---

[1] In addition to researching and preparing the response to Flanders's motion, the undersigned prosecutor also has been researching and drafting an answering brief in *United States v. Berghuis*, C.A. No. 14-10527, which is presently due to be filed on or before April 8, 2017.  Counsel also has been and continues to attend to other investigations and pending cases.

to date. *See* Dckt. No. 122. It is estimated this transcript will be available in thirty days. The prosecution hopes the remaining transcripts will be available soon thereafter, although it is presently awaiting responses from those reporters. After obtaining the transcripts, the prosecution will need sufficient time to review them and incorporate them into the United States's response. In an abundance of caution, the United States is requesting an extension of 45-days to file its response, which will make May 16, 2017 the new due date.

                                                    Respectfully submitted,

Dated: March 6, 2017                        PHILLIP A. TALBERT
                                                 United States Attorney

                                    By: */s/ Todd A. Pickles*
                                         TODD A. PICKLES
                                         Assistant United States Attorney

[PROPOSED] O R D E R

For the reasons stated above and good cause showing, the Court GRANTS the United States's Request for an Extension of Time to File the Response to Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255.  The United States shall file its response, if any, on or before May 16, 2017.

IT IS SO ORDERED.

Dated:  March 8, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE