UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MARTIN WAYNE FLANDERS,<br><br>Movant. | No. 2:12-cr-363 TLN EFB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 114.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] Although it appears from the file that Movant's copy of the findings and recommendations was returned, (ECF No. 134), Movant was properly served. It is a party's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1. The findings and recommendations filed June 27, 2018, (ECF No. 133), are ADOPTED in full;

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, (ECF No. 114), is DENIED;

3. The Clerk is directed to enter judgment accordingly; and

4. The Clerk is directed to close the companion civil case, No. 2:16-cv-1874-TLN-EFB.

IT IS SO ORDERED.

Dated: September 17, 2018

Troy L. Nunley
United States District Judge